DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARREN TAUBE,**
Appellant,

v.

**N.V. REALTY GROUP, LLC,** and **WILLIAM ROSSELLE,**
Appellees.

No. 4D19-3399

[February 25, 2021]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502015CA012933.

Donna Greenspan Solomon of Soloman Appeals, Mediation & Arbitration, Fort Lauderdale, and Mark R. Osherow of Osherow, PLLC, Boca Raton, for appellant.

James S. Telepman of Cohen, Norris, Wolmer, Ray, Telepman, Berkowitz & Cohen, North Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***